# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JASON VON ESSER, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:16-2113 |
| v. | : | (D.J. MANNION)<br>(M.J. SAPORITO) |
| NANCY A. BERRYHILL,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY, | : | **FILED**<br>**SCRANTON** |
| Defendant | : | APR 2 6 2018 |

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1)   the report and recommendation of Judge Saporito, (Doc. 15), is **ADOPTED IN ITS ENTIRETY**;

(2)   the decision of the Commissioner of Social Security denying the plaintiff's application for SSI benefits is **VACATED**;

(3)   the plaintiff's appeal of the Commissioner's decision, (Doc. 1), is **GRANTED**;

(4)   the instant action is **REMANDED** to the Commissioner for further proceedings consistent with Judge Saporito's report pursuant to sentence four of 42 U.S.C. §405(g); and

(5) the Clerk of Court shall **CLOSE THIS CASE**.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-2113-01-ORDER.wpd