UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON VON ESSER,<br>    Plaintiff, | NO. 3:16-CV-2113 |
| -vs- | (MANNION, J.) |
| NANCY A. BERRYHILL,<br>Acting Commissioner<br>of Social Security,<br>    Defendant. | |

## ORDER

AND NOW, this 1st day of May, 2018, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Jason Von Esser, is awarded Four Thousand Two Hundred Fifty Dollars and Zero Cents ($4,250.00) in attorney fees under the EAJA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

_____
JUDGE MALACHY E. MANNION
United States District Court